UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOREMOST INSURANCE COMPANY, : | |
| : | Civil Action No. 1:07-cv-7410 |
| Plaintiff, : | |
| : | |
| vs. : | |
| : | |
| HERCULES CHEMICAL COMPANY : | AUGUST 17, 2007 |
| : | |
| Defendant : | |

**RULE 7.1 DISCLOSURE STATEMENT**

Plaintiff, Foremost Insurance Company submits the following information in compliance with Federal Rule of Civil Procedure 7.1, and the local standing order of the United States District Court for the Southern District of New York.

Foremost Corporation of America was purchased in 2000 by the Farmers Insurance Exchanges. These include Farmers Insurance Exchange (California), Truck Insurance Exchange (California) and Fire Insurance Exchange (California). None of these companies are publicly owned, but each possesses a portion of the ownership interest.

Respectfully submitted,

Richard C. Cavo, Esq. [RC5985]
LITCHFIELD CAVO LLP
40 Tower Lane
Avon, CT 06001
Phone: (860) 255-5577
Fax: (860) 255-5566