UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
FOREMOST INSURANCE COMPANY,                    Case No. 07CV7410 (SAS)

                        Plaintiff,                         **APPEARANCE**

   -against-

HERCULES CHEMICAL COMPANY,

                        Defendant.
------------------------------------------------------------------x

**To the Clerk of this Court and all parties of record:**

    Enter my appearance as counsel in this case for FOREMOST INSURANCE COMPANY.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
        October 1, 2007

                                          Yours, etc.,

                                          LITCHFIELD CAVO LLP

                                          By: _____
                                          Christopher A. McLaughlin (1955)
                                          Attorneys for Plaintiff
                                          420 Lexington Avenue, Suite 2104
                                          New York, NY 10170
                                          Tel No. (212) 818-0140
                                          Fax No. (212) 434-0105