UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK         X
------------------------------------------------
Foremost, Ins Co

    v.

Hercules
                                      X
------------------------------------------------

11/8/07

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 7410 (SAS)( )

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___  Specific Non-Dispositive Motion/Dispute:*
     _____
     _____

     If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

✓  Settlement*

___  Inquest After Default/Damages Hearing

___  Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___  Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
     Purpose:_____

___  Habeas Corpus

___  Social Security

___  Dispositive Motion (i.e., motion requiring a Report and Recommendation)
     Particular Motion:_____
     _____
     All such motions: ___

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
         Nov. 8, 2007

                                    _____
                                    United States District Judge

February would be best,
                                    Thanks.