UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

FOREMOST INSURANCE COMPANY,            :

        Plaintiff,                          :

        -against-                           :

HERCULES CHEMICAL COMPANY,             :

        Defendant.                          :

------------------------------------------------------------X

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____           │
│ DATE FILED: 11/14/07             │
└─────────────────────────────────┘
```

ORDER
07 Civ. 7410 (SAS)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

IT IS HEREBY ORDERED that:

(1)    a settlement conference shall be held in the above-captioned action on April 7,

2008, at 10:30 a.m., in courtroom 20A, 500 Pearl St., New York, New York;

(2)    the parties shall review the Settlement Procedures under which the conference

will be conducted, in particular the attendance and pre-conference submission

requirements specified in paragraphs three and six of the Procedures.  The

Settlement Procedures may be accessed on the Court's website at:

**http://www1.nysd.uscourts.gov/judge_info.php?id=63**; and

(3)    at least seven days prior to the above-noted settlement conference, the parties shall

confer, in person or by telephone, to engage in good-faith settlement negotiations.

Should the parties resolve the litigation prior to the settlement conference, the

parties shall notify the undersigned, in writing, expeditiously.

Dated: New York, New York
       November 13, 2007

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE