UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOREMOST INSURANCE COMPANY, : | |
| : | Civil Action No. 1:07-cv-7410 |
| Plaintiff, : | |
| : | |
| vs. : | |
| : | |
| HERCULES CHEMICAL COMPANY : | November 29, 2007 |
| : | |
| Defendant : | |

### RULE 41(a)(1) NOTICE OF DISMISSAL

Plaintiff, Foremost Insurance Company, hereby dismisses this action, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

Respectfully submitted,

*/s/ Richard C. Cavo*

Richard C. Cavo, Esq. [RC5985]
LITCHFIELD CAVO LLP
40 Tower Lane
Avon, CT 06001
Phone: (860) 255-5577
Fax: (860) 255-5566

## CERTIFICATION

I hereby certify that a copy of the foregoing was filed electronically this 29th day of November 2007 and was served by mail to anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.

*Richard C. Cavo* (signature)

Richard C. Cavo