```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FOREMOST INSURANCE COMPANY,

    Plaintiff,

vs.

HERCULES CHEMICAL COMPANY

    Defendant

Civil Action No. 1:07-cv-7410 (SAS)

November 29, 2007

## RULE 41(a)(1) NOTICE OF DISMISSAL

Plaintiff, Foremost Insurance Company, hereby dismisses this action, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

Respectfully submitted,

*/s/ Richard C. Cavo*

Richard C. Cavo, Esq. [RC5985]
LITCHFIELD CAVO LLP
40 Tower Lane
Avon, CT 06001
Phone: (860) 255-5577
Fax: (860) 255-5566

SO ORDERED:

*/s/*
U.S.D.J.

1/2/08